# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROMI DIROBERTO** and **JOHN DIROBERTO,**
Appellants,

v.

**WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF MFRA TRUST 2015-1,**
Appellee.

No. 4D18-1893

[March 14, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE 14-009408 (11).

Jonathan Kline of Jonathan Kline, P.A., Weston, for appellants.

Jason F. Joseph of Tromberg Law Group, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS, JJ., and WEISS, DALIAH, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***